Earle B. May, Jr., Peyton S. Hawes, Jr., Jones, Bird & Howell, Atlanta, Ga., for defendant-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

haus, Asst. Atty. Gen., John W. Stokes, Jr., U. S. Atty., for appellee.

Before JOHN R. BROWN, Chief Judge, and DYER and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Terrell SMITH, Plaintiff-Appellant,**

**v.**

**Robert H. FINCH, Secretary of Health, Education and Welfare, Defendant-Appellee.**

**No. 28602.**

United States Court of Appeals, Fifth Circuit.

Oct. 23, 1970.

**Pauline Arky LUTSKY, Plaintiff-Appellant,**

**v.**

**C. Israel LUTSKY, Defendant-Appellee.**

**No. 29857**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 13, 1970.

William I. Aynes, Paul C. Myers, Atlanta, Ga., for appellant.

Kathryn H. Baldwin, Thomas Jay Press, Attys., U. S. Dept. of Justice, Washington, D. C., William D. Ruckels-

Melvin Boyd, Miami, Fla., for plaintiff-appellant.

Stephen Alexander, Leonard Helfand, Philip L. Coller, Legal Services Senior Citizens Center, Miami Beach, Fla., for defendant-appellee.

1. *See* N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F. 2d 966.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.